MATTHEW COLEMAN, Respondent, *v.* JAMES McCLENAHAN, Appellant.

Reported below, 161 App. Div. 941.
(Argued June 1, 1914; decided June 9, 1914.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 18, 1914, affirming a judgment in favor of plaintiff entered upon a verdict in an action for breach of contract.

The motion was made upon the ground that the judgment of affirmance was unanimous and the action one for breach of contract for compensation for services; also that the exceptions were frivolous.

*John A. Dutton* for motion.

*D-Cady Herrick* opposed.

Motion denied, with ten dollars costs.